**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **SPHERIX INCORPORATED** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 14-cv-00374-UNA |
| | § | |
| **CISCO SYSTEMS, INC.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |

_____

**PLAINTIFF RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Fed. R. Civ. P., Plaintiff Spherix Incorporated ("Spherix") hereby discloses, by and through its undersigned counsel, that it is a Delaware corporation. No parent or publicly held corporation owns 10% or more of Spherix's stock.

Dated: March 25, 2014               Respectfully submitted**:**

                                                            By: */s/ Damien Nicholas Tancredi*
                                                            Damien N. Tancredi (DE No. 5395)
                                                            **COZEN O'CONNOR**
                                                            1201 North Market Street
                                                            Suite 1001
                                                            Wilmington, DE 19801
                                                            Tel: (302) 295-2000
                                                            Fax: (302) 295-2013
                                                            Email: dtancredi@cozen.com

                                                            Kerry B. McTigue
                                                            Barry Golob
                                                            Donald R. McPhail
                                                            **COZEN O'CONNOR**
                                                            The Army and Navy Building
                                                            1627 I Street, NW, Suite 1100
                                                            Washington, D.C. 20006
                                                            Tel: (202) 912-4800

Fax: (202) 861-1905
Email: dmcphail@cozen.com
Email: bgolob@cozen.com
Email: kmctigue@cozen.com

***Attorneys for Plaintiff Spherix Incorporated***