# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Spherix Incorporated | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 14-cv-00374-SLR |
| | : | |
| Cisco Systems, Inc. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF DISMISSAL

Plaintiff herein requests dismissal of the above-captioned proceeding without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  April 10, 2014

                                              COZEN O'CONNOR

                                              */s/ Damien Nicholas Tancredi*

                                              Damien Nicholas Tancredi (DE No. 5395)
                                              1201 North Market Street, Suite 1001
                                              Wilmington, DE 19801
                                              (302) 295-2000 Phone
                                              (302) 295-2013 Fax
                                              dtancredi@cozen.com

                                              *Counsel to Plaintiff,*
                                              *Spherix, Incorporated.*